JAMES LAWLOR, Respondent, *v.* MAGNOLIA METAL COMPANY, Appellant.

Reported below, 2 App. Div. 552.
(Submitted April 23, 1896; decided May 26, 1896.)

APPEAL from order of the Appellate Division of the Supreme Court in the first judicial department, made March 20, 1896, which affirmed an order of Special Term denying a motion by defendant to require plaintiff to pay sheriff's fees upon an attachment and to direct the sheriff to deliver to the defendant its property then in his possession by virtue thereof.

*Alexander S. Bacon* for appellant.

*L. A. Gould* and *Constant & Coghill* for respondent.

Appeal dismissed, with costs; no opinion.
All concur.